UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGEL CHEVRESTT<br><br>    Plaintiff,<br><br>v.<br><br>APARTMENT THERAPY LLC<br><br>    Defendant. | NOTICE OF SETTLEMENT AND DISMISSAL OF CIVIL ACTION WITH PREJUDICE (FRCP 41(a)(1)(A)(ii))<br><br>Case No.: 1:16-cv-9789-VM |

  IT IS HEREBY NOTICED that a settlement between Plaintiff Angel Chevrestt and Defendant Apartment Therapy LLC has been reached and the above case should be dismissed with prejudice.

*Richard Liebowitz*
Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: 10/3/2017
*Attorneys for Plaintiff Angel Chevrestt*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/17

SO ORDERED: 5 October 2017

Hon. Victor Marrero

1